UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation**<br><br>**This Document Relates To: Cases Listed in Exhibit A** | **22md3043 (DLC)** |

### Response to the Order to Show Cause, Dkt. 1394

Plaintiffs listed on Exhibit A respond to the Court's January 16, 2024 Order to Show Cause, Dkt. 1394. Plaintiffs submitted admissible general causation evidence in the form of expert opinions by Drs. Andrea Baccarrelli, Robert Cabrera, Brandon Pearson, Eric Hollander, and Stan Louie. *See generally* Dkt. 1233, 1236, 1238, 1239, 1245. On December 18, 2023, the Court excluded the testimony of all five of Plaintiffs' general causation experts. Dkt. 1381 ("December 18 Order").

Plaintiffs respectfully disagree with the December 18 Order, and reiterate that disagreement to avoid any claim that they acquiesced to summary judgment or waived any arguments on appeal. Nevertheless, if the Court is unwilling to change its ruling, Plaintiffs concede that a final judgment under Rule 56 should be granted in their respective cases, with a separate entry of judgment promptly entered pursuant to Rule 58.[1]

---

[1] Some Plaintiffs included on Exhibit A filed their cases after December 18, 2023. Although their claims are not estopped by the Court's December 18 Order since their cases were not on file as of that date, these Plaintiffs are not prepared to submit general causation evidence other than the five experts already excluded by the Court and will therefore concede that a final judgment under Rule 56 should be entered in their respective cases unless the Court reconsiders its Rule 702 ruling.

Sincerely,

**KELLER POSTMAN LLC**

<u>*/s/ Ashley C. Keller*</u>
Ashley C. Keller (*Pro Hac Vice*)
KELLER POSTMAN LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
Phone: (312) 741-5220
ack@kellerpostman.com

WATTS GUERRA LLC
Mikal C. Watts (*Pro Hac Vice*)
Millennium Park Plaza RFO
Suite 410, C112
Guaynabo, P.R. 00966
Phone: (210) 447-0500
mcwatts@wattsguerra.com

THE LANIER LAW FIRM
W. Mark Lanier (*Pro Hac Vice*)
535 Madison Avenue
12th Floor
New York, NY 10022
Phone: (212) 421-2800
mark.lanier@lanierlawfirm.com

*Plaintiffs' Co-Lead Counsel*